**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Guillermo AGUILA–MONTES DE OCA, Defendant–Appellant.**

No. 05–50170.

United States Court of Appeals, Ninth Circuit.

Feb. 3, 2010.

Mark R. Rehe, U.S. Attorney, Esquire, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Vincent James Brunkow, Esquire, Assistant Appellate Supervisor, Steven Francis Hubachek, Esquire, Federal Defenders of San Diego, Inc., San Diego, CA, Chase Scolnick, Assistant Federal Public Defender, FPDCA–Federal Public Defender's Office, Santa Ana, CA, for Defendant–Appellant.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.